UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:03-cr-106-T-23TBM

GALE ALAN McABEE
_____/

**ORDER**

The defendant is serving a state sentence (Docket No. B206549, Common Pleas Court of Hamilton, Ohio) and moves to quash a federal detainer lodged against him (Doc. 23).  After he began serving the state sentence, the defendant was sentenced in federal court to a concurrent sentence.  The Bureau of Prisons calculates any credit to award the defendant only at the onset of his federal custody.  *United States v. Wilson*, 503 U.S. 329, 112 S. Ct. 1351 (1992).

Accordingly, the defendant's motion to quash detainer is **DENIED**.

ORDERED in Tampa, Florida, on June 19, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE